**Submitted But Not Entered.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**

**The service on Trojan Capital Services does not appear to comply with the Bankruptcy Rules.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>DANICA NIKOLICH,<br><br>                   Debtor. | ) No. 17-40042<br>)<br>) ORDER ON MOTION TO APPROVE SALE<br>) OF PROPERTY FREE AND CLEAR OF<br>) LIENS PURSUANT TO 11 U.S.C. § 363 (f)<br>) |

THIS MATTER having come regularly before the Honorable Brian D. Lynch of the above entitled Court upon the Trustee's Motion to Approve Sale of Property Free and Clear of Liens Pursuant to 11 U.S.C. § 363 (f), it appearing that all interested parties have received notice and no objection to the motion having been filed, or said objection having been incorporated into the terms of this order, now therefore

IT IS HEREBY ORDERED that the Trustee, Kathryn A. Ellis, is authorized to sell the estate's interest in the real property located at 4629 N Mullen St, Tacoma, WA, for the sum of $275,000.00 to 253 Homes LLC, and/or assigns.

IT IS FURTHER ORDERED that the Purchase and Sale Agreement between the Trustee and 253 Homes LLC, and/or assigns, shall be and is hereby approved.

**ORDER ON MOTION TO APPROVE SALE OF PROPERTY
FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363 (f) - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

IT IS FURTHER ORDERED that after payment of all costs of closing, including real estate commissions, property taxes, excise taxes, statutory utility and/or HOA liens, and other closing costs, together with a buyer's premium to the estate in the amount of $20,000.00, the estate is authorized to pay at closing the first position Deed of Trust of The Bank of New York Mellon[1], and/or assigns, in the amount of approximately $233,750.00, or such sum as may be negotiated or adjusted to accomplish a sale.

IT IS FURTHER ORDERED that the Trustee's compensation shall not exceed one third of the buyer's premium in the amount of $20,000.

IT IS FURTHER ORDERED that all necessary costs of closing, including real estate commissions, property taxes, excise taxes, statutory utility and/or HOA liens, and other closing costs, shall be and are hereby approved and may be paid from the proceeds of sale.

IT IS FURTHER ORDERED that said sale will be free and clear of all liens and interests, said liens and interests to attach to the proceeds of the sale.

IT IS FURTHER ORDERED that this Order shall be effective immediately notwithstanding the provisions of FRBP 6004 (h).

///End of Order///

Presented by:

 /s/ Kathryn A. Ellis
Kathryn A. Ellis, Trustee
C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Nikolich\sale_ord.wpd

---

[1] "The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-AB4".

**ORDER ON MOTION TO APPROVE SALE OF PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363 (f) - 2**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 17-40042-BDL    Doc 48    Filed 12/20/18    Ent. 12/20/18 11:55:19    Pg. 2 of 2