|     |     |
| --- | --- |
|     | Honorable Brian D. Lynch |
|     | Hearing date: January 30, 2019 |
|     | Hearing time: 9:00 a.m. |
|     | Response date: January 23, 2019 |
|     | Chapter 7 |
|     | Location: Tacoma |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No. 17-40042 |
| DANICA NIKOLICH, | DECLARATION OF MAILING |
| Debtor. | |

I, Christopher Williams, declares and states as follows:

1. I am over the age of eighteen years, a citizen of United States, not a party herein, and am competent to testify to the facts set forth in this Declaration.

2. That on the 8th day of January, 2019 copies of the Motion, Notice, Declaration and proposed Order to Approve Sale of Property Free and Clear of Liens Pursuant to 11 U.S.C. § 363 (f) were deposited in the United States mail by certified first class mail, return receipt requested, postage prepaid, to the following parties: **The Bank of New York Mellon, Attn: Charles Scharf, CEO, One Wall St, New York, NY 10286**; **Annette L. Hayes, United States Attorney's Office, 700 Stewart St, Suite 5220, Seattle, WA 98101-1271**; **Matthew G. Whitaker, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, D.C. 20530-0001**; and **Department of the Treasury, Internal Revenue Service, 915 Second Ave, Seattle, WA 98174**.

3. That on the 8th day of January, 2019 copies of the Motion, Notice, Declaration and proposed Order to Approve Sale of Property Free and Clear of Liens Pursuant to 11 U.S.C. §

**DECLARATION OF MAILING - 1**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

363 (f) were deposited in the United States mail by first class mail, postage prepaid, to the following parties: **The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-AB4, 101 Barclay St - 4W, New York, NY 10286**; and **Trojan Capital Investments LLC, c/o Capital Administrations LLC, Registered Agent, 1712 Pioneer Ave, Suite 115, Cheyenne, WY 82001**.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 8th day of January, 2019 at Seattle, Washington.

By: /s/ Christopher Williams
Christopher Williams
Assistant to Kathryn A. Ellis

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\TRUSTEE\Nikolich\2nd_sale_mail_dec.wpd

**DECLARATION OF MAILING - 2**

KATHRYN A. ELLIS, ESQ.
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002

Case 17-40042-BDL    Doc 52    Filed 01/08/19    Ent. 01/08/19 15:28:19    Pg. 2 of 2